**Jimmy Rule KING, Plaintiff–Appellant,**

v.

**A. JOHNSON, Corporal, C–Team, Virginia Beach Correctional Center; R. Luft, Corporal, C–Team, Virginia Beach Correctional Center; J. Kennedy, Deputy, C–Team, Virginia Beach Correctional Center, Defendants–Appellees.**

No. 12–6093.

United States Court of Appeals, Fourth Circuit.

Submitted: April 26, 2012.

Decided: May 1, 2012.

Jimmy Rule King, Appellant Pro Se.

Before GREGORY, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy Rule King appeals the district court's order dismissing his complaint without prejudice for failure to comply with a court order. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because King's informal brief raises no issues challenging the district court's disposition, King has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*